UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LECREISHA HUBBERT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-02199-JPH-DML |
| M&R HOTEL MANAGEMENT, | ) ) ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS***

Plaintiff Lecreisha Hubbert's motion to proceed *in forma pauperis* is **GRANTED**. Dkt. [3]. *See* 28 U.S.C. § 1915(a). While *in forma pauperis* status allows Ms. Hubbert to proceed without prepaying the filing fee, she remains liable for the full fees. *Ross v. Roman Catholic Archdiocese of Chicago*, 748 F. App'x 64, 65 (7th Cir. Jan. 15, 2019) ("Under 28 U.S.C. § 1915(a), a district court may allow a litigant to proceed 'without *prepayment* of fees,' . . . but not without *ever* paying fees."). No payment is due at this time. The Clerk **SHALL** endorse and return the tendered summonses to Ms. Hubbert's counsel, who is responsible for serving process.

**SO ORDERED.**

Date: 8/31/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

Ronald E. Weldy
WELDY LAW
rweldy@weldylegal.com