UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The Court acknowledges the Joint Stipulation of Dismissal, dkt. 14. JPH, 12/7/2020 Distribution via ECF.

| | |
|---|---|
| LECREISHA HUBBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:20-cv-2199-JPH-DML |
| | ) |
| M&R HOTEL MANAGEMENT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Lecreisha Hubbert and Defendant M&R Hotel Management, by counsel, hereby stipulate to the dismissal of all claims in this action in its entirety, with prejudice, each party to bear her/its own costs, including attorneys' fees.

Dated:   12/04/20

Respectfully submitted,

| WELDY LAW | JACKSON LEWIS, P.C. |
|---|---|
| By: *s/ Ronald E. Weldy (with permission)* | By: *s/ Brian L. McDermott* |
| Ronald E. Weldy | Brian L. McDermott |
| Weldy Law | Jackson Lewis, P.C. |
| 8383 Craig Street,, Ste. 330 | 211 N. Pennsylvania Street, Suite 1700 |
| Indianapolis, IN 46250 | Indianapolis, IN 46204 |
| rweldy@weldylegal.com | brian.mcdermott@jacksonlewis.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

4835-5317-0387, v. 1